motion(s)

FILED
JAN 2 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

TO: Clerk of Court

My name is Bradley M. Hixm T78115 here at Salinas Valley State prison (Ad-seg) Im involved within your court an active case my case name is = Bradley M. Hixm V. Correctional officer J. Cruzen CV·07·6078(WHA). Im asking the court for a immediate motion of Injunction and a declaratory Judgement intill this matter is complete. Ive Been violated against By J cruzen's co-workers and they have violated my 1st Amendment By not sending my legal mail out to some very important places and that it caused me much depression and Emotional stress See: Lewis v. Casey 518, U.S. 343 (1996). Ive Been threate over periods of 20 days. See Turner V. Safley, 482 U.S. 78 (1987) they have a very Sadistical attitude and very malicious with behavior that is unnecessary. Ive Been put up for transfer since 12-27-07 But yet hasn't recieved my transfer. my 602 appeal that has Been entered on Correctional officer J. Cruzer which hasn't Been returned and I only have about 4 days to complete it to the Second level my dead line is over on 1-25-08 my due date was on 1-10-08 so now Im Being violated my Constitutional Rights to file and exhaust my remedies on this Correctional officer J. Cruzen. Im asking the Cour for a motion to proceed without Being prejudice towards my defendant. I will most likely suffer a great deal of harm, emotionally and mentally with harassment with my mail and case if Im

motion(s)

denied this Injunction & declaratory judgement please have me immediately transfered to my next prison so that I could continue my case on this correctional officer without harassment & mail not being able to be send out. In Exhibits (A) I have entered a personal copy of my own mail log for legal mail that comes in and get send out By me. on the front of my personal mail log is some circled mail that I had send out and signed By certain c/o Back here in Ad-Seg but my legal mail never went out. In Exhibits (B) as you could see the dates on my personal log and Salinas log that my legal mail never made it out the unit also encluding in Exhibits (B) is a copy of my Inmate Appeals Assignment notice. In Exhibits (A) is an Affidavit from my cellmate that witnessed all of the above behavior for (A-yard & Ad-Seg) I'm also asking for punitive & Nominal damages money asking for Both actions are:
= punitive damages - $1500.00
= Nominal damages - $1500.00

please Appoint me a Counsel on my case.

Respectfully,
B. Atixon T78115
[signature]
SUSP Soledad Ca 93960
Date, Jan 23rd 2008

# AFFIDAVIT

I, Michael Drebert K89472, declare, under the penalty of perjury that I am a witness to the following events that took place on November 11, 2007 and that the information I offer throughout this statement is true and correct.

On Nov. 11, 2007 while housed in A2-112, my cellmate I/M Hixon T78115 failed to return to the cell that we were housed in, after the conclusion of dayroom (approx. 3:00 P.M.) After dinner, at approx. 6:00 P.M., an inmate informed my that I/M Hixon was going to Ad-seg. A few minutes later C/o J. Cruzen walked by my cell for count and I attempted to ask him if my cellmate (I/M Hixon) was going to "the hole" and why? He ignored my questions, gave me a "dirty look" and kept walking. A few minutes after that C/o Noguera came to my cell door asking for I/M Hixon's property. I then asked him (C/o Noguera) why I/M Hixon was going to "the hole". He told me that the reason was petty and that he attempted to speak up for I/M Hixon but C/o J. Cruzen was not hearing it and that I/M Hixon would be going to "the hole" because C/o J. Cruzen said he felt "threatened".

Upon my arrival to Ad-seg., I/M Hixon and I agreed to be cellmates and have remained cellmates to this day. On or about the second week of December 2007, I am a witness to the fact that I/M Hixon's mail (and legal mail) has disappeared after being picked up by staff.

The foregoing is true and correct. This statement has been written and signed without stress or duress.

Michael Drebert K89472
*Michael Drebert*

Date: 1/21/08

| DATE | IN | OUT | ADDRESSEE/SENDER NAME & ADDRESS (MAIL LOG) | STAFF SIGNED | LEGAL |
|---|---|---|---|---|---|
| 12-9-07 | | X | To Grandma Ada | — | no |
| " " | | X | Grandma Ruth | — | no |
| " " | | X | C/o Hentley | — | no |
| 12-10-07 | | X | Property officer Mendez | — | no |
| " " | | X | Appeals coordinators offices | — | no |
| " " | | | C/o Yee A-Yard | — | no |
| 12-11-07 | X | | DOC Adult Division Institution - Sac. | C/o Ceja | yes |
| " " | | X | ISU Kern Valley | C/o Chavez | yes |
| " " | X | | Adult Division Institution - Sac | C/o Chavez | yes |
| " " | | X | Mail Room | — | yes |
| " " | | X | CCI Mency | — | no |
| 12-12-07 | | X | State Personnel Board Merits Appeals | C/o Ceja | yes |
| " " | | X | USDC Court House | C/o Ceja | yes |
| " " | | X | Grandma Ruth | — | no |
| " " | | X | Grandma Ada | — | no |
| 12-13-07 | | X | Law Lib C/o Canchola | — | no |
| " " | | X | G.A. Neotti CDW | C/o Rincon | yes |
| 12-14-07 | X | | Legal log | C/o Chery | yes |
| " " | X | | Ebony magazine | — | no |
| 12-16-07 | | X | Mother Judy | — | no |
| 12-18-07 | | X | 115 RVR Appeal | — | no |
| " " | X | | USDC Court House | C/o Ceja | yes |
| 12-19-07 | X | | J. Pay Slip | — | no |
| " " | | X | Judy Drebert | — | no |
| " " | | X | Warden Evans / didn't go out | C/o Chavez | yes |
| " " | | X | Trust Office | C/o Chavez | yes |
| " " | | X | Mail Room | — | no |
| " " | | X | LT Martinez ISU | — | no |
| " " | | X | Maintenance | — | no |
| " " | | X | CCI Mency | — | no |
| " " | | X | C/o Canchola Law Lib | — | no |
| " " | | X | Legal Documents to Court | C/o Ceja | yes |
| " " | X | | Court Documents to Court | Reg/mail | yes |
| 12-21-07 | X | | From Trust Court Documents | | yes |
| 12-23-07 | | X | Legal Documents to Trust x3 | C/o Willis | yes |
| " " | | X | Appeals office | — | no |
| " " | | X | Trust office | — | no |
| " " | | X | Antonio Gold Internal Affairs / didn't go out | C/o Willis | yes |
| " " | | X | Office of Clerk / didn't go out | C/o Willis | yes |
| " " | | X | Van | — | no |
| " " | | X | Grandma Ada | — | no |
| " " | | X | Judy | — | no |
| " " | | X | Rosen Bien Galvan Attorney at Law / didn't | C/o Willis | yes |
| 12-18-07 | | X | Warden Evans / didn't go out | C/o Chavez | yes |
| 12-22-07 | | X | Mail Room | — | yes |
| 12-23-07 | X | | Mail Room | — | yes |
| " " | X | | Appeal number | — | yes |
| 12-27-07 | | X | Mom | — | no |
| " " | | X | Grandma Ada | — | no |
| " " | | X | Grandma Ruth | — | no |
| " " | | X | CC# Variz | — | no |
| " " | | X | R & R Sgt | — | no |
| " " | | X | CCI Nickerson | — | no |
| " " | | X | LAGAI ORG | — | no |
| " " | | X | Department of Corrections / didn't go out | C/o Miller | yes |
| 12-28-07 | X | | Grandma Ada | — | no |
| 12-30-07 | | X | San Joaquin County Court House | C/o Ceja | yes |
| " " | | X | Mother Judy | — | no |
| " " | | X | Grandma Ada | — | no |
| " " | | X | CCI Mency | — | no |
| " " | | X | CCI Nickerson | — | no |

# A Brief "Memorandum of Law"

① Legal mail violation by prison officals See: Washington V. James, 782 F.2d 1134 (2d Cir 1986) Taylor V. Sterrett, 532 F.2d 462 (5th Cir 1976)

② Transfer to another prison to where I'm endorsed to for retaliation of mail See: Olim V. Wakinekona 103. S.Ct 1741 (1983) & Cleggetti V. Pate, 229 F. Supp 818 (N.D Ill 1964)

③ On different dates on personal and institutional mail log my mail wasn't send out & was a continuing violation See: Bart V. Telford, 677 F.2d 622 (7th Cir 1982) Campaign of Harassment

✱ note:
What staff continue to do to me is an "adverse Action" It was so scary to the point where I almost stopped as an "Average person" from continuing my law suit and it is a "Causal Connection to what I'm doing with my law suit (1983).

Respectfully D2/116
B. Hixon T-78115
[signature]
SVSP Soledad Ca
Jan. 22. 2008   93960

# A Brief 2nd Memorandum of law

according to the punitive case: Smith v Wade 461 U.S. 30 (1983) P.L.R.A. does not apply to claims for injunctive or declaratory relief or claims for nominal or punitive damages See: Harris V. Garner, 190 F.3d 1279 (11th Cir 1999) & Calhoun V. Detella, 319 F.3d 936 (7th Cir 2003) these people were & actions were motivated or evil motive or intent to cause me harm with my mail not being send out. this is the main reason I need to be send out to my next prison ASAP so I could go through with this case.

Respectfully Added
B Hixon T81157

enclosed in part (B)

- mail Room from SUSP legal log CDC 119  1 & 2
- Inmate Appeal notice
- motion for Appointment of Counsel

# Exhibits. B


Jan 16, 2008

| DATE | CDC# | NAME | ADDRESSEE |
|---|---|---|---|
| 10/11/07 | T78115 | HIXON | DIR. OF CORR., CHIEF, I/M APPEALS, SAC., CA. 94283 |
| 10/31/07 | T78115 | HIXON | INTERNAL AFFAIRS; SACTO. CA 95827 |
| 11/15/07 | T78115 | HIXON | ACLU OF NORTH. CA., SAN FRAN., CA. 94103 |
| 11/16/07 | T78115 | HIXON | M.A.EVANS/WARDEN, SOLEDADA, CA. 93960 |
| 11/19/07 | T78115 | HIXON | DIR. OF CORR., SAC., CA. 94283 |
| 11/19/07 | T78115 | HIXON | OFF. OF INTERNAL AFFAIRS, SAC., CA. 95812 |
| 11/26/07 | T78115 | HIXON | U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 11/29/07 | T78115 | HIXON | CDC OMBUDSMAN NORTH BUILDING SAC. 95814 |
| 12/3/07 | T78115 | HIXON | M.S.EVANS/WARDEN, SOLEDAD,A CA. 93960 |
| 12/3/07 | T78115 | HIXON | DIR. OF CORR., CHIEF, I/M APPEALS, SAC., CA. 94283 |
| 12/13/07 | T78115 | HIXON | U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 12/14/07 | T78115 | HIXON | G.A.NEOTTI-CHIEF DEPUTY WARDEN, SOLEDAD, CA. 93960 |
| 12/31/07 | T78115 | HIXON | SAN JOAQUIN CO. CRT. HOUSE, STOCKTON, CA. 95206 |
| 1/2/08 | T78115 | HIXON | US DIST COURT CLERK; SAN FRAN, CA 94102 |
| 1/4/08 | T78115 | HIXON | DIST.ATTY.-D.FLIPPO, SALINAS, CA. 93901 |
| 1/9/08 | T78115 | HIXON | LAW OFF. OF B.CLARK, WEST.MINISTER, CA. 92683 |
| 1/10/08 | T78115 | HIXON | SAN JOAQUIN CTY CRT STOCKTON CA 95206 |
| 1/16/08 | T78115 | HIXON | U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |

Outgoing Legal-SVSP                                                                 2

*printed on Jan 6. 2008*

| DATE | CDC# | NAME | ADDRESSEE |
|---|---|---|---|
| 10/11/07 | T78115 | HIXON | DIR. OF CORR.. CHIEF, I/M APPEALS. SAC.. CA. 94283 |
| 10/31/07 | T78115 | HIXON | INTERNAL AFFAIRS: SACTO. CA 95827 |
| 11/15/07 | T78115 | HIXON | ACLU OF NORTH. CA., SAN FRAN., CA. 94103 |
| 11/16/07 | T78115 | HIXON | M.A.EVANS/WARDEN. SOLEDADA, CA. 93960 |
| 11/19/07 | T78115 | HIXON | DIR. OF CORR., SAC.. CA. 94283 |
| 11/19/07 | T78115 | HIXON | OFF. OF INTERNAL AFFAIRS. SAC., CA. 95812 |
| 11/26/07 | T78115 | HIXON | U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 11/29/07 | T78115 | HIXON | CDC OMBUDSMAN NORTH BUILDING SAC. 95814 |
| 12/3/07 | T78115 | HIXON | DIR. OF CORR.. CHIEF. I/M APPEALS, SAC., CA. 94283 |
| 12/3/07 | T78115 | HIXON | M.S.EVANS/WARDEN. SOLEDAD,A CA. 93960 |
| 12/13/07 | T78115 | HIXON | U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 12/14/07 | T78115 | HIXON | G.A.NEOTTI-CHIEF DEPUTY WARDEN. SOLEDAD. CA. 93960 |
| 12/31/07 | T78115 | HIXON | SAN JOAQUIN CO. CRT. HOUSE, STOCKTON, CA. 95206 |
| 1/2/08 | T78115 | HIXON | US DIST COURT CLERK: SAN FRAN. CA 94102 |
| 1/4/08 | T78115 | HIXON | DIST.ATTY.-D.FLIPPO, SALINAS. CA. 93901 |

*I Recieved this Slip on 12.5.07*

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HIXON, T78115  
Current Housing: D8/131

Date: December 3, 2007

## From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: SVSP-D-07-05091

ASSIGNED STAFF REVIEWER: **CA2**  
APPEAL ISSUE: STAFF COMPLAINTS

**DUE DATE: 01/10/2008**

Inmate HIXON, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

T. VARIZ, CC-II / E. MEDINA CC-II  
Appeals Coordinators  
Salinas Valley State Prison