FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Feb. 24. 08

To Clerk of Court

My Name is Bradley M. Hixon T78115 My Case # is CV-3:07-6078-(WHA) Im writing you this note of Advisory to inform you that my 602 on correction officer J. Cruzen was send to the Appeals coordinator and Sacramento on 2 different dates I made sure I made copies of the 602 due to my mail isn't going out so on 1-27-08 I mailed my original 602 complaint Log # 07-5091 to the Appeals office for Second level Review thur the regular mail, & on 2-11-08 I mailed a copy of the 602 to the Department of Corrections just in case this incident occurs again and I asked them to forward it to SVSP Appeals Room and now on 2-20-08 I recieved a Request form that I mailed to the Appeals office telling me I Quote "The database does not indicate receipt of 07-5091 for Second level Review" "Eloy Medina date 2-19-08"

* This is the Main reason why I asked for a Injunction Relief due to Im not able to Mail out my mail nor continue my Administration Remedies on c/o J Cruzen in this prism. Its getting Much worse. please Help Me get a special Transport to High Desert State prison which is my next prison as of 1-28-08. please let Me know something. ASAP.

Respectfully
B. Hixon T78115 D2 116

B Hixon T78115 D2/116
Salinas Valley State Prism
PO Box 1050
Soledad, CA 93960-1050

STATE PRISON
GENERATED MAIL

LEGAL MAIL



Office of the Clerk, U.S. court
District of California - Northern
450 Golden Gate Avenue
San Francisco CA 94102