EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-9753
  Fax: (415) 703-5480
  Email: Cynthia.Fritz@doj.ca.gov

Attorneys for Defendant J. Cruzen
SF2008400418

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| BRADLEY M. HIXON,<br><br>                Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER J. CRUZEN,<br><br>                Defendant. | CASE NO. CV 07-6078 WHA<br><br>**DEFENDANT'S EX-PARTE REQUEST FOR EXTENSION OF TIME** |

      Defendant Cruzen, for the reasons more fully set forth in the accompany declaration of counsel, request an extension of time of fifty-nine (59) days, up to and including May 9, 2008,

///
///
///
///
///
///

Req. for Ext. of Time

*Hixon v. Cruzen*
Case No. CV 07-6078 WHA

in which to file a dispositive motion, or to indicate that this case cannot be resolved by such a motion.

Dated: March 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

CYNTHIA C. FRITZ
Deputy Attorney General
Attorneys for Defendant Cruzen