1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
5 | CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 |   Telephone: (415) 703-9753
Fax: (415) 703-5480
8 |   Email: Cynthia.Fritz@doj.ca.gov

9 | Attorneys for Defendant J. Cruzen
SF2008400418

10 |

11 |

        IN THE UNITED STATES DISTRICT COURT

12 |

     FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 |

            SAN FRANCISCO

14 |

15 | **BRADLEY M. HIXON,**               CASE NO. CV 07-6078 WHA

16 |               Plaintiff,    **(PROPOSED) ORDER
GRANTING DEFENDANT'S
17 |     v.                    EX-PARTE REQUEST FOR
EXTENSION OF TIME**

18 | **CORRECTIONAL OFFICER J. CRUZEN,**

19 |               Defendant.

20 |

21 |     Counsel for the Defendant filed a request for an extension of time of fifty-nine (59) days, up

22 | to and including May 9, 2008, in which to file a dispositive motion or to indicate that this case

23 | cannot be resolved by such a motion.

24 |     The Court has read and considered Defendant's request and the accompanying declaration

25 | of counsel, and finds that good cause exists to grant the request. Accordingly, IT IS HEREBY

26 | ORDERED that Defendant's request for an extension of time is GRANTED, and that the time to

27 | file a dispositive motion or indicate that this case cannot be resolved by such a motion is

28 | extended for fifty-nine (59) days, up to and including May 9, 2008.

[Proposed] Order Granting Req. for Ext. of Time             *Hixon v. Cruzen*
Case No. CV 07-6078 WHA

1    As stated in the Order of Service, Plaintiff's opposition to the dispositive motion, if any,

2  shall be filed with the Court and served upon defendant's counsel no later than thirty days from

3  the date of service of the motion.  If defendant wishes to file a reply brief, he shall do so no later

4  than fifteen days after service of the opposition.

5    Dated:  March ____, 2008

6
                                                                  _____
7                                                                  HON. WILLIAM ALSUP
                                                                  United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Req. for Ext. of Time                                    *Hixon v. Cruzen*
                                                                                    Case No. CV 07-6078 WHA