1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CYNTHIA C. FRITZ, State Bar No. 200147
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-9753
    Fax: (415) 703-5480
8   Email: Cynthia.Fritz@doj.ca.gov

9  Attorneys for Defendant J. Cruzen
   SF2008400418
10

11
               IN THE UNITED STATES DISTRICT COURT
12
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO
14

15 | **BRADLEY M. HIXON,** | CASE NO. CV 07-6078 WHA
16 |                       Plaintiff, | ~~(PROPOSED)~~ ORDER GRANTING DEFENDANT'S
17 | v. | EX-PARTE REQUEST FOR EXTENSION OF TIME
18 | **CORRECTIONAL OFFICER J. CRUZEN,**
19 |                       Defendant.
20

21      Counsel for the Defendant filed a request for an extension of time of fifty-nine (59) days, up

22 to and including May 9, 2008, in which to file a dispositive motion or to indicate that this case

23 cannot be resolved by such a motion.

24      The Court has read and considered Defendant's request and the accompanying declaration

25 of counsel, and finds that good cause exists to grant the request. Accordingly, IT IS HEREBY

26 ORDERED that Defendant's request for an extension of time is GRANTED, and that the time to

27 file a dispositive motion or indicate that this case cannot be resolved by such a motion is

28 extended for fifty-nine (59) days, up to and including May 9, 2008.

[Proposed] Order Granting Req. for Ext. of Time                    *Hixon v. Cruzen*
                                                                   Case No. CV 07-6078 WHA

1      As stated in the Order of Service, Plaintiff's opposition to the dispositive motion, if any,
2  shall be filed with the Court and served upon defendant's counsel no later than thirty days from
3  the date of service of the motion. If defendant wishes to file a reply brief, he shall do so no later
4  than fifteen days after service of the opposition.

5      Dated: March _7_, 2008



[Proposed] Order Granting Req. for Ext. of Time           *Hixon v. Cruzen*
Case No. CV 07-6078 WHA