In The United States District Court for The Northern District of California

Mr. Bradley M. Hixon
   Plaintiff

vs.

c/o J. Cruzen
   Defendant.

Case No.
3:07-CV-6078 (WHA)

FILED
MAR 10 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Declaration for Entry of Default

I, Bradley M. Hixon, Hereby declares:

I am the plaintiff herein. The Complaint herein was filed on the 3rd of Decemember 2007.

The court files and records herein show that the defendant were served by the United States Marshal with a copy of Summons, and a copy of the plaintiffs Complaint on the 8th of January, 2008.

More than 20 days have elapsed since the date on which the defendant herein were served with a Summons and a copy of Plaintiffs Complaint, excluding the date thereof.

The Defendant have failed to answer or otherwise defend as to Plaintiffs Complaint, or serve a copy of any answer or any defense which it might have had, upon Affiant or any other plaintiffs herein.

Defendants are not in the Military Service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Soledad California on 03-09-08

_[signature]_
Signature   #T78115