1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
5   CYNTHIA C. FRITZ, State Bar No. 200147
    Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5793
     Fax:  (415) 703-5843
8    Email:  Cynthia.Fritz@doj.ca.gov

9   Attorneys for Defendant Jimmy Cruzen

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15   **BRADLEY M. HIXON,**                      C 07-6078 WHA

16                                Plaintiff,     **DEFENDANT'S OPPOSITION
                                                 TO PLAINTIFF'S REQUEST
16                                               FOR ENTRY OF DEFAULT
17               v.                              JUDGMENT**

18   **Correctional Officer J. CRUZEN,**

                                 Defendant.
19

20

21                          **INTRODUCTION**

22       Plaintiff, a state prisoner at Salinas Valley State Prison filed a §1983 complaint on

23   December 3, 2007. (Complaint, Docket No. 1).  On January 10, 2008, the U.S. Marshal sent a

24   request for a waiver of service of summons for Defendant to the litigation coordinator at Salinas

25   Valley State Prison. (*See* Fritz Decl. ¶ 2).  Salinas Valley State Prison received the waiver of

26   service of summons on January 15, 2008. (*See* Fritz Decl. ¶ 3).  On March 3, 2008, the waiver of

27   service of summons was acknowledged, signed and mailed to the U.S. Marshal. (*See* Fritz Decl.

28   ¶ 4).  On March 6, 2008, Defendant filed a motion to request an extension of time to file a

1  dispositive motion until May 9, 2008. (Motion to Extend Time, Docket No. 12).  On March 10,

2  2008, this Court granted Defendant's motion for extension of time to file a motion until May 9,

3  2008.  (Order, Docket No.16).  On March 10, Plaintiff filed a request for entry of default

4  judgment. (Entry of Default Judgment, Docket No.17).  On March 10, 2008, the Summons was

5  returned as executed and acknowledged, dated March 3, 2008. (Summons, Docket No. 15)

6      Plaintiff's motion must be denied because Defendant is not subject to default judgment.

7  ### MEMORANDUM OF POINTS AND AUTHORITIES

8  **PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT MUST BE DENIED**
   **BECAUSE THE REQUEST IS PREMATURE AND DEFENDANT IS NOT IN**
9  **DEFAULT**

10     A federal court is without personal jurisdiction over a defendant unless the defendant has

11 been served in accordance with Fed. R. Civ. P. 4; *Jackson v. Hayakawa*, 682 F.2d. 1344, 1347

12 (9th. Cir. 1982).  Service of process under Fed. R. Civ. P. 4(e)(2) requires service of summons

13 and complaint by either delivery of the summons and complaint to the individual, leaving copies

14 at the individual's dwelling house or the usual place or abode with some person of suitable age

15 and discretion residing there, or by delivering a copy of the summons and the complaint to an

16 authorized agent.  In addition, Fed. R. Civ. P. 4(e)(1) allows service by following state law,

17 which under California law would include personal delivery to the defendant or an authorized

18 agent, substitute service to someone at defendant's residence or place of business, service by mail

19 with acknowledgment of receipt, and possibly service by publication. See Cal. Code. of Civ.

20 Proc. §§ 415.10, 415.20, 415.30, 415.50.

21     In this case, Plaintiff  falsely suggests that Defendant was personally served on March 8,

22 2008 under Fed. R. Civ. P. 4(e)2).  This is not the case.  On January 10, 2008, the U.S. Marshal

23 sent a request for a waiver of service of summons for Defendant to the litigation coordinator at

24 Salinas Valley State Prison.  (*See* Fritz Decl. ¶ 3).  On January 15, 2008, Defendant received the

25 request for waiver of service of summons.  (*See* Fritz Decl. ¶ 4).  On March 3, 2008, the waiver

26 of service of summons was acknowledged, signed, and mailed to the U.S. Marshal.  (*See* Fritz

27 Decl. ¶ 5).  On March 10, 2008, the Summons was filed with the Court dated March 3, 2008.

28 (Court Docket No. 15).  According to Rule 4(d)(3) of the Federal Rules of Civil Procedure,

Def.'s Opp. to Plaintiff's Entry for Default Judgment                                    *B. Hixon v. J. Cruzen*
                                                                                          C 07-6078 WHA

1  Defendants have until May 2, 2008, sixty (60) days from the date the waiver was sent, to file an

2  answer to the complaint.  Defendant also received an extension of time by this

3  Court to file a dispositive motion, required by the screening order, until May 9, 2008. (Order,

4  Docket No.16).  Defendant, therefore, is not in default and the motion should be denied.

5                                         **CONCLUSION**

6       Plaintiff's motion for default judgment should be denied because Defendant acknowledged

7  receipt and waived service of summons on March 3, 2008, and responded on March 10, 2008 by

8  filing a motion to extend time to file a dispositive motion, which was granted.  Defendant,

9  therefore, is not in default.

10          Dated:  March 14, 2008

11                          Respectfully submitted,

12                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

13                          DAVID S. CHANEY
                            Chief Assistant Attorney General

14
                            FRANCES T. GRUNDER
15                          Senior Assistant Attorney General

16                          MICHAEL W. JORGENSON
                            Supervising Deputy Attorney General

17

18

19

20                          CYNTHIA C. FRITZ
                            Deputy Attorney General
                            Attorneys for Defendant Cruzen

21

22
   40229117.wpd
23 SF2008400418

24

25

26

27

28

Def.'s Opp. to Plaintiff's Entry for Default Judgment                    *B. Hixon v. J. Cruzen*
                                                                         C 07-6078 WHA