```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
 5  CYNTHIA C. FRITZ, State Bar No. 200147
    Deputy Attorney General
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 7   Telephone:  (415) 703-5793
     Fax:  (415) 703-5843
 8   Email:  Cynthia.Fritz@doj.ca.gov

 9  Attorneys for Defendant Cruzen
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY M. HIXON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Correctional Officer J. CRUZEN,<br><br>　　　　　　　　　　　Defendant. | C 07-6078 WHA<br><br>**DECLARATION OF CYNTHIA C. FRITZ IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

I, Cynthia C. Fritz, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and I am assigned to represent Defendant J. Cruzen (Defendant) in this case. I am competent to testify to the matters set forth in this Declaration, and if called upon to do so, I would and could so testify.

2. On January 10, 2008, the U.S. Marshal sent a request for a waiver of service of summons for Defendant to the litigation coordinator at Salinas Valley State Prison.

2. On January 15, 2008, Salinas Valley State Prison received the request for waiver of service of summons for Defendant.

3. On March 3, 2008, the waiver of service of summons was signed and mailed to the U.S. Marshal.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2008, in San Francisco, California.

*[signature]*
CYNTHIA C. FRITZ
Deputy Attorney General