# Answer to Defendants Opposition

I, Bradley Hixon case CV-07-6078 (WHA) Hixon v. Cruzen Recieved a opposition to my Default of Judgment. Your Honor according to Attorney Gen. C. Fritz, the defendant wasn't aware of the summons intill March 3rd 2008 and that he had no type of acknowledgment of the summons.

Fed. R. Civ. P. 4.(e)(2) requires service of summons and complaint by either delivery of the summons and complaint to the individual, leaving copies at the individual's dwelling house or the usual place or abode with some person of suitable age and discretion residing there, or by delivering a copy of the summons and the complaint to an authorized agent. In addition, Fed. R. Civ P. 4.(e)(1) allows service by following state law, which under California law would include personal delivery to the defendant or an authorized agent, substitute service to someone at defendant's residence or place of business, service by mail with acknowledgment of receipt, and possibly publication. See Cal. Code. of Civ Proc §§ 415.10, 415.20, 415.30, 415.50.

Your Honor, the defendant had the reasonable and required time set forth by the court to answer the summons. The defendants authorized agent and or place of business (S.V.S.P) was aware of the defendants having a litigation issue and according to Fed. R. Civ P. 4.(e) 1 & 2 the defendant was aware

But choose to wait intill the last minute to responsed to the claim of summons. The prison (S.V.S.P) which is the defendants authorized agent $ or place of business recieved the summons on Jan, 15 2008.

Your Honor defendant cruzen's place of business and authorized agent (S.V.S.P) acknowlegde Receipt of the summons on 1-15-08, Therefore giving the defendant cruzen (54) days which is enough time to responsed to the summons of this claim against Him. Defendant cruzen failed to responsed intill march 3rd 2008 which leaves Him 6 days left intill His time was up.

Your Honor the defendant had enough time to answer any and all complaints set forth in His place, The defendant should not be awarded (60) more days and the defendant should be at Default.

I declare under penalty of perjury that the foregoing is True and correct. Dated 3-20-08

Your Honor I am willing to testify on My on behalf see Hudson v Hardy 412 F.2d. 1091, 1095 (D.C. Cir 1968) if I need to do so.

Your Honor I wish to be granted appointment of counsel sir

B. Hixon T78115
Salinas Valley State Prison
P.O. Box 1050, D2/116
Soledad, Ca. 93960-1050



STATE PRISON
GENERATED MAIL

Office of Clerk, U.S. District Court
Northern Division of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

Confidential
Legal Mail