

By The court. of Clerk.                    March 31. 08

My name is Bradley Hixon case # CV-07-6078 (WHA) and I'm writing you to let you know that they placed me Back on the same yard where all the disrespect and discrimination towards me By C/O J Cruzen's ex Co-workers. I'm continue to ask the court for a immediate transfer out of this prison due to the same issue will occur based on my suit with one of there correctional officer and I also don't need to Be placed Back in Ad-Seg here due to the recent mail problem with my mail not Being send out I'm asking the court to please re-sponsed to my letter of concern.
      Thanks
My new Housing is Located on A yard. at SV-SP.

They refuss to give me all my property and pictures ETC.

D. Hixon T78115 A3-225
Salinas Valley State Prison
PO Box 1050
Soledad CA 93960-1050

STATE PRISON
LEGAL MAIL

Office of Clerk US District Court Northern District of California
450 Golden Gate Ave
San Francisco CA 94102