IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY M. HIXON,<br><br>                           Plaintiff,<br><br>    v.<br><br>Correctional Officer J. CRUZEN,<br><br>                           Defendant. | C 07-6078 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

      Plaintiff Bradley M. Hixon is a state inmate incarcerated at Salinas Valley State Prison. He filed this action under 42 U.S.C. § 1983 and makes a First Amendment claim against Defendant J. Cruzen.

      Defendant filed a motion to dismiss the action because Plaintiff failed to exhaust his available administrative remedies before filing suit, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) and failed to state a claim for relief. Defendant argued that Plaintiff failed to exhaust his available administrative remedies because: (1) Plaintiff failed to exhaust his available administrative remedies before filing this federal civil rights action; and, (2) Plaintiff failed to pursue his administrative appeals to exhaustion through the requisite third level of review. Defendant also argued that Plaintiff did not state a claim for relief against Defendant. Defendant requested that Plaintiff's action be dismissed for failure to properly exhaust available

1 administrative remedies before filing suit, as required by the Prison Litigation Reform Act and
2 for failure to state a claim for relief against Defendant.
3     After full consideration of all pleadings and good cause appearing, the Court grants
4 Defendant's motion to dismiss the action.
5     IT IS SO ORDERED.

7 Dated: _____

                                              The Honorable William Alsup