6.9.08

To whom it may concern.

= Clerk of Court =

07-6078 WHA

My name is Bradley M Hixon I have an active case within your court case name Bradley M. Hixon vs. c/o J Cruzen now Im currently in Ad-Seg and I cant get a hold of my legal property here in Ad-Seg and Ive tried to contact the Dyard property officers. about giving me my initial ASU property but was unable to get it I cant dispensed to the Attorney Generals office C. Fritz until Im able to recieve my initial property Ive filed a 602 as an Emergency but that failed please contact the prison and have them issue my ASU personal/legal property ASAP Thanks.

B. Hixon T78115 D8-229
SVSP Box 1050
Soledad ca 93960

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HIXON, T78115 
Current Housing: D8/~~130~~

Date: June 6, 2008

From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER: SVSP-D-08-02650

ASSIGNED STAFF REVIEWER: CA2
APPEAL ISSUE: PROPERTY

DUE DATE: 07/17/2008

Inmate HIXON, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

*It was Suppose to Be an Emergency But do not.*

Bradley Hixon T-11719 (XIKM)
Salinas Valley State Prison (Ad-Seg)
PO Box 1050
Soledad CA 93960-1050
D2-101

RECEIVED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States
District Court for the
Northern District of
California

450 Golden Gate Ave

STATE PRISON
GENERATED MAIL

"Confidential"

