FILED

08 JUN 17 PM 2:39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court.

I hear by want to present this motion to postpone my case - Case # CV.07.6078 WHA Bradley M Hixon vs C/o J. Cruzen I'm asking the Court for a possible postponement due to lack of access to the law Library and Law Library Materials. I'm put up for Transfer at this Time and I dont know what prison I'm gonna be Transfered to So please I'm asking for a postponement at Time thanks a whole lot I'm currently in Ad-Seg.

Respectfully

B. Hixon T-8115
S.V.S.P.  D2-214
PO Box 1050
Soledad Ca. 93960
June 15. 2008

B. Hixon T79115 D2. 214
Salinas Valley State prison
Po Box 1050
Soledad Ca. 93960

**STATE PRISON GENERATED MAIL**

Legal

MAIL

Office of The Clerk
U.S. District court for the
Northern District of California
450 GOLDEN GATE AVE
San Francisco Ca. 94102

941024+3661  0004